ORIGINAL

LAW OFFICES OF
**GLASS & GOLDBERG**
A LAW CORPORATION
21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CALIFORNIA 91367-3665
TELEPHONE (818) 888-2220
TELECOPIER (818) 888-2229

State Bar No 163150

Attorneys for Plaintiff,
PROTEIN INGREDIENT TECHNOLOGIES,
INC. n/k/a PROTIENT, INC.

FILED
CLERK, U S DISTRICT COURT
AUG - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTIEN INGREDIENT TECHNOLOGIES, INC. n/k/a PROTIENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PETER POCKLINGTON,<br><br>Defendants. | CASE NO: CV 06-3154-JFW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

1.  **IT IS HEREBY STIPULATED** by and between plaintiff, PROTIEN INGREDIENT TECHNOLOGIES, INC. n/k/a PROTIENT, INC. ("Plaintiff"), and Defendant, PETER POCKLINGTON ("Defendant"), on the other hand that Judgment may be entered in this action without further order or further notice in favor of Plaintiff and against Defendants for the sum of $50,000.

2.  **IT IS FURTHER STIPULATED** that judgment shall be entered and become final for all purposes upon entry of judgment and each party waives any right to appeal therefrom.

3.  **IT IS FURTHER STIPULATED** that Defendant waives notice of entry of judgment and notice of hearing re entry of judgment and that judgment may be entered on an <u>ex parte</u> application of Plaintiff.

DOCKETED ON CM
AUG - 7 2007
BY MG    009

4.   **IT IS FURTHER STIPULATED** that Plaintiff may file any and all copies of Exhibits attached to the Complaint at the time judgment is entered in lieu of the originals.

DATED:                                         PROTIEN INGREDIENT TECHNOLOGIES, INC
                                               n/k/a PROTIENT, INC.

                                               By: *[signature]*
                                               K. Kachadurian, President

DATED:                                         By: *[signature]*
                                               PETER POCKLINGTON

APPROVED AS TO FORM AND CONTENT:

DATED: 1/31/07                                 GLASS & GOLDBERG

*Proteeh Ingredient Technologies,*            By: *[signature]*
*Inc. n/k/a Protient, Inc.*                   Ofer M. Grossman, Attorneys for ~~TBF~~
                              O.G.-            FINANCIAL, INC., a California Corporation

DATED:  1/31/07                                MCDERMOTT & DELATEUR

                                               By: *[signature]*
                                               Thomas J. McDermott, Jr., Attorneys for PETER
                                               POCKLINGTON

**ORDER**

It is so ordered:

Date: 8/6/07

                                               *[signature]*
                                               Hon. John F. Walter

2

GLASS & GOLDBERG            Stipulation For Entry of Judgment            591/1101/stip.jmt

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

     I am a resident of the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21700 Oxnard Street, Suite 430, Woodland Hills, California 91367-3665.

     On August 2, 2007, I served the foregoing document described as **STIPULATION FOR ENTRY OF JUDGMENT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

**Thomas J. McDermott, Jr., Esq.
McDERMOTT & DELATEUR
74-770 Highway 111, Suite 201
Indian Wells, CA 92210**

☒    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY OVERNIGHT DELIVERY:** I caused such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐    **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐    **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

     Executed on August 2, 2007 at Woodland Hills, California.

XX (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*MARCELLA WAGNER*