ORIGINAL

LODGED

(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES OF
**GLASS & GOLDBERG**
A LAW CORPORATION

21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CALIFORNIA 91367-3665
TELEPHONE (818) 888-2220
TELECOPIER (818) 888-2229

State Bar No 163150

Attorneys for Plaintiff,
Protein Ingredient Technologies, Inc.,
n/k/a Protient, Inc.

CLERK, U.S. DISTRICT COURT
AUG - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

2007 AUG -2 PM 4:
CLERK US DISTRICT C
CENTRAL DIST OF CA
LOS ANGELES
BY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTEIN INGREDIENT TECHNOLOGIES, INC., n/k/a Protient, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PETER POCKLINGTON, <br><br> Defendants. | CASE NO: CV 06-3154-JFW (CWx) <br><br> JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that Judgment be entered against PETER POCKLINGTON in the sum of $50,000.00.

ENTERED: 8/6/07

HON. JOHN F. WALTER,
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM
AUG - 7 2007
BY  mG   009

1

GLASS & GOLDBERG          Judgment Pursuant to Stipulation for Entry of Judgment          omg/479/133/jmt

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                                                  ) ss
COUNTY OF LOS ANGELES  )

      I am a resident of the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21700 Oxnard Street, Suite 430, Woodland Hills, California 91367-3665.

      On **August 3, 2007**, I served the foregoing document described as **JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

**Thomas J. McDermott, Jr., Esq.**
**McDERMOTT & DELATEUR**
**74-770 Highway 111, Suite 201**
**Indian Wells, CA 92210**

☒   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY OVERNIGHT DELIVERY:** I caused such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐   **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐   **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

      Executed on **August 3, 2007** at Woodland Hills, California.

XX (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                        MARCELLA WAGNER